O

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | SA  07-152M |
| v. | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (18 U.S.C. § 3142(i)) |
| STUART THURBER, | ) | |
| Defendant. | ) | |

I.

A.  ( )  On motion of the Government involving an alleged

    1.  ( )  crime of violence;

    2.  ( )  offense with maximum sentence of life imprisonment or death;

    3.  ( )  narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4.  ( )  felony - defendant convicted of two or more prior offenses described above.

    5.  ( )  offense under 18 U.S.C. § 924(c), § 956(a), or 2332b.

    6.  ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or other dangerous weapon, or failure to register under 18 U.S.C. § 2250.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)      Page 1 of 3

1     B. On motion (X) (by the Government) / ( ) (by the Court <u>sua sponte</u> involving)

2     1. (X) serious risk defendant will flee;

3     2. ( ) serious risk defendant will

4        a. ( ) obstruct or attempt to obstruct justice;

5        b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

6     II.

7 The Court finds no condition or combination of conditions will reasonable assure:

8 A. (X)   appearance of defendant as required; and/or

9 B. ( )   safety of any person or the community;

10     III.

11 The Court has considered:

12 A. (X)   the nature and circumstances of the offense;

13 B. (X)   the weight of evidence against the defendant;

14 C. (X)   the history and characteristics of the defendant;

15 D. ( ) the nature and seriousness of the danger to any person or to the community.

16     IV.

17 The Court concludes:

18 A. (X)   Defendant poses a risk to the safety of other persons or the community because:

19     There is probable cause to believe that Defendant engaged in criminal activilty while

20     on supervised release.

21 B. (X) History and characteristics indicate a serious risk that defendant will flee because:

22     Defendant absconded from supervised release.

23 C. ( ) A serious risk exists that defendant will:

24     1. ( ) obstruct or attempt to obstruct justice;

25     2. ( ) threaten, injure or intimidate a witness/ juror; because:

26 D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

27     provided in 18 U.S.C. § 3142 (e).

28

|  |  |
|---|---|
| 1 | |
| 2 | IT IS ORDERED that defendant be detained prior to trial. |
| 3 | IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections |
| 4 | facility separate from persons awaiting or serving sentences or person held pending appeal. |
| 5 | IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private |
| 6 | consultation with his counsel. |

    IT IS ORDERED that defendant be detained prior to trial.

    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

Dated: May 29, 2006

_____
Marc L. Goldman
U.S. Magistrate Judge